# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SUTTON,<br><br>        Petitioner,<br><br>v.<br><br>P. L. VASQUEZ, Warden W.S.P.,<br><br>        Respondent. | 1:07-CV-00265-LJO-SMS-HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS<br><br>[Doc. 2] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   April 2, 2007**              /s/ Sandra M. Snyder
23ehd0                                          UNITED STATES MAGISTRATE JUDGE